1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**
7                                **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,           )
                                       )
9           Plaintiff,                 )
                                       )
10          v.                         )        2:10-CR-185-KJD (RJJ)
                                       )
11  JOSE JESUS CORONA-LARIS,           )
                                       )
12          Defendant.                 )

13                          **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on August 17, 2010, defendant JOSE JESUS CORONA-LARIS pled

15  guilty to Count Two of a Seven-Count Criminal Indictment charging him with Distribution of a

16  Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

17          This Court finds defendant JOSE JESUS CORONA-LARIS agreed to the forfeiture of

18  property set forth in Forfeiture Allegation of the Criminal Indictment and the Plea Memoradum.

19          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

20  America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

21  Criminal Indictment and the offense to which defendant JOSE JESUS CORONA-LARIS pled guilty.

22          The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section

23  853(a)(1):

24          a)      $3,760.00 in United States Currency seized from 6012 Sugar Creek Drive, North

25                  Las Vegas, NV;

26  . . .

1        b)        $9,200.00 in United States Currency seized from 5041 Indigo Gorge Ave, Las Vegas, NV; and

3        c)        $1,400.00 in United States Currency seized from 5041 Indigo Gorge Ave, Las Vegas, NV.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOSE JESUS CORONA-LARIS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

. . .

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this __19__ day of __August__, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on August 17, 2010 by the below identified method of service:

<u>E-mail/ECF</u>

Charles E. Kelly
Charles E. Kelly & Associates
706 South Eighth
Las Vegas, NV  89101
Email: ceklv@aol.com
*Counsel for Sylvia Guadalupe Gonzalez*

Jason G. Weiner
Wright & Weiner, LTD.
801 S. Rancho Dr., Suite 340
Las Vegas, NV  89106
Email: secretary@wrightweiner.com
*Counsel for Arnufulo Fahur-Gastelum*

Angela H. Dows
Reade & Associates
4560 South Decatur Boulevard, 6th Floor
Las Vegas, NV  89103
Email: adows@readelawfirm.com
*Counsel for Jose Jesus Corona-Laris*

Karen C. Winckler
Wright Stanish & Winckler
300 S. Fourth Street, Suite 701
Las Vegas, NV  89101
Email: Winckler@wswlawlv.com
*Counsel for Daniel Angulo*

                                                 /s/AlexandraMMcWhorter
                                                 ALEXANDRA M. MCWHORTER
                                                 Forfeiture Support Associate Paralegal