```
                    FILED
                  NOV 17 2010
              CLERK, U.S. DISTRICT COURT
                 DISTRICT OF NEVADA
              BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:10-CR-185-KJD (RJJ)<br>) |
| JOSE JESUS CORONA-LARIS, | )<br>) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT JOSE JESUS CORONA-LARIS

On August 19, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1) forfeiting property of defendant JOSE JESUS CORONA-LARIS to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant JOSE JESUS CORONA-LARIS..

DATED this 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE